LAW LIBRARY

NO. 28294

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

IN THE INTEREST OF N.C., a Minor

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(FC-J NO. 0063855)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Duffy, J., for the court[1])

Petitioner/Minor-Appellant's application for writ of certiorari, filed on January 22, 2010, is hereby accepted.

DATED: Honolulu, Hawai'i, March 4, 2010.

FOR THE COURT:



Associate Justice

Julie Kai Barreto,
for petitioner/minor-
appellant on the
application

---

[1] Considered by: Moon, C.J., Nakayama, Acoba, Duffy, and Recktenwald, JJ.